DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL PRONMAN,**
Appellant,

v.

**BRIAN STYLES, EDWARD J. O'SHEEHAN OF SHUTTS & BOWEN, LAURIE THOMPSON OF ZONE LAW and FOWLER-WHITE LAW FIRM, BRETT HOROWITZ, JOHN M. ROSS, JOHN J. SHAHADY OF KOPELOWITZ, OSTROW, FERGUSON, WEISELBERG, GILBERT FIRM, ALL LAWYERS** and **LAW FIRMS,**
Appellees.

No. 4D20-1542

[August 5, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack B. Tuter, Judge; L.T. Case No. CACE19-022567 (07).

Daniel Pronman, Coral Springs, pro se.

John J. Shahady of Shahady & Wurtenberger, P.A., Fort Lauderdale, for appellees Edward J. O'Sheehan, Laurie Thompson, Brett Horowitz, John M. Ross, John J. Shahady and Fowler White Law Firm.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***